### January 4, 1979.

APPEAL No. 77-261. MICHAEL COSTELLO *et al. v.* JOHN C. RICCI *et al.* On December 6, 1978, the plaintiffs appeared before us in response to our order to *show cause* why this appeal should not be dismissed.

The plaintiffs having shown cause, this case is assigned to the regular calendar. *Harry J. Hoopis,* for plaintiffs. *Robert S. Ciresi,* for defendants.